JOHN J. SULLIVAN, INC., Respondent, *v.* BROOKLYN NATIONAL BANK OF NEW YORK, Appellant.

(Argued October 13, 1936; decided November 17, 1936.)

*Meyer Kraushaar* for appellant.

*David O. Kuh* and *Morrison P. Paley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.; CRANE, Ch. J., and CROUCH, J., taking no part.